IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JERRY A. HOSIER,** | CASE NO. 2:08-cv-426 |
| | JUDGE HOLSCHUH |
| Petitioner, | MAGISTRATE JUDGE ABEL |
| v. | |
| **VOORHIES, EDWIN, Warden,**<br>Noble Correctional Institution, | |
| Respondent. | |

## OPINION AND ORDER

On October 23, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Petitioner objects to all of the Magistrate Judge's recommendations.

Pursuant to 28 U.S.C. §636(b), this Court has conducted a de novo review. Upon examination of the entire record, and for the reasons detailed in the Magistrate Judge's *Report and Recommendation,* petitioner's objections are **OVERRULED**. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

IT IS SO ORDERED.

Date: November 20, 2009　　　　　　　　　　　**/s/ John D. Holschuh**
　　　　　　　　　　　　　　　　　　　　　　　JOHN D. HOLSCHUH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge